UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| PAUL KRASK, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CAUSE NO.: 2:20-CV-00087 ) ) |
| CINTAS CORPORATE SERVICES, INC., MILLIKEN & COMPANY d/b/a WESTEX, ROE CORPORATIONS 1-10, and STEEL GRIP, INC., | ) ) ) ) ) ) |
| Defendants. | ) |

## SUPPLEMENTAL JURISDICTIONAL STATEMENT

COMES NOW defendants Steel Grip, Inc. and Milliken & Company, by counsel, and for their Supplemental Jurisdictional Statement state as follows:

1) At the time of the incident alleged in his complaint and at the time of the filing of the Notice to Remove Plaintiff, Paul Krask, is and was physically present in the State of Indiana with an intent to remain there indefinitely, and therefore Paul Krask is a citizen of the State of Indiana.

2) At both the time of the incident alleged in his Complaint for Damages, and the time of filing of the Notice of Removal, Defendant Steel Grip, Inc. is and was an Illinois corporation organized under the laws of Illinois with its principal place of business in Illinois. Steel Grip, Inc. is a citizen of the state of Illinois for purposes of diversity jurisdiction.

Respectfully submitted,

By: /s/ *Scott Cockrum*
Scott Cockrum
Lewis Brisbois Bisgaard & Smith
2211 Main St.
Suite 3-2A, Highland, IN 46322

Scott.Cockrum@lewisbrisbois.com
Attorney for Steel Grip, Inc.

By:

*/s/John W. Potter*
John W. Potter, #31614-45
LAW OFFICES OF THE LIBERTY MUTUAL GROUP
233 E. 84th Drive, Suite 200
Merrillville, IN  46410
Phone:  219-525-6059
Fax:  603-334-7281
John.Potter@LibertyMutual.com