**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION**

| | |
|---|---|
| PAUL KRASK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | ) Case No.: 2:20-cv-00087-JTM-JPK |
| | ) |
| CINTAS CORPORATE SERVICES, INC., et al., | ) |
| | ) |
| Defendants. | ) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

COME NOW the parties, by their respective counsel, pursuant to Rule 41 of the Federal Rules of Civil Procedure, and hereby stipulated to dismissal of this matter in its entirety with prejudice.

/s/ Roberto A. Mendoza
_____

Alex Mendoza Law, LLC
By:   Alex Mendoza (#30766-49)
6950 Indianapolis Blvd.
Hammond, IN 46324

*Attorney for Plaintiff*

/s/ John W. Potter
_____
(With Permission Via E-mail on June 1, 2021)
Liberty Mutual Group Field Legal Offices
By:   John W. Potter (#31614-45)
350 E. 96th Street, Suite 100
Indianapolis, Indiana 46240

*Attorney for Defendants Milliken & Co. & Westex, Inc.*

/s/ Daniel M. Noland
_____
(With Permission Via E-mail on June 1, 2021)
Reiter Burns, LLP
By:   Daniel M. Noland (#62311-75)
311 S. Wacker Drive, Suite 5200
Chicago, Illinois 60606
*Attorney for Defendant Nissin Trading Co., Ltd.*

/s/ Scott B. Cockrum
_____
(With Permission Via E-mail on June 4, 2021)

Lewis Brisbois Bisgaard & Smith, LLP
By:   Scott B. Cockrum (#20840-45)
By:   Joseph D. Ackerman (#30276-71)
2211 Main Street, Suite 3-2A
Highland, Indiana 46322
*Attorneys for Defendant Steel Grip, Inc.*

/s/ Kevin G. Owens
_____
(With Permission Via E-mail on June 1, 2021)
Johnson & Bell, P.C.
By:    Kevin G. Owens (#61859-26)
33 W. Monroe Street, Suite 2700
Chicago, Illinois 60603


T. Matthew Frost (#16039-53)
11051 Broadway, Suite B
Crown Point, Indiana 46307
*Attorneys for Defendant Cintas Corporate Services, Inc.*

## CERTIFICATE OF SERVICE

The undersigned certifies that he caused a copy of the foregoing document to be served on all counsel of record by filing the foregoing document via this Court's CM/ECF system on June 7, 2021.

/s/ Roberto A. Mendoza \_\_\_\_
Attorney for Plaintiff